IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLA PRICE, Administratrix of the Estate of ANTHONY REAVES<br><br>Plaintiff,<br><br>v.<br>CHARLES STEINMETZ, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 19-3225 |

**ORDER**

**AND NOW**, this 25th day of August, 2020, upon consideration of Defendant Timothy Doherty's Motion to Dismiss (Doc. No. 11), Plaintiff Daniella Price's Response in Opposition to the Motion (Doc. No. 12), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant Timothy Doherty's Motion to Dismiss (Doc. No. 11) is **GRANTED** in part and **DENIED** in part. It is further ordered that Defendant Timothy Doherty shall file an answer to the Complaint (Doc. No. 1) by September 11, 2020.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.