IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLA PRICE, Administratix of the Estate of Anthony Reaves,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLES STEINMETZ, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 19-3225 |

## ORDER

**AND NOW**, this 12th day of July 2022, upon consideration of Defendants Charles Steinmetz and Javier Garcia's Motion for Summary Judgment (Doc. No. 31), Plaintiff Daniella Price's Response in Opposition (Doc. No. 32), Defendants' Reply (Doc. No. 33), Defendants' Supplemental Memorandum Regarding Defendants' Motion for Summary Judgment (Doc. No. 46), Plaintiff's Supplemental Memorandum Regarding Defendants' Motion for Summary Judgment (Doc. No. 47), the arguments of counsel at the hearing on the Motion held on January 20, 2022 (see Doc. No. 42), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 31) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.